# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SEMI OSMAN,<br><br>               Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, et al.,<br><br>               Respondents. | Case No. C10-623-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

On April 13, 2010, petitioner Semi Osman, proceeding with assistance from the Federal Public Defender, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking to modify the terms of his release under an Order of Supervision to exclude GPS monitoring requirements. (Dkt. 6.) On June 18, 2010, respondents filed a Return Memorandum and Motion to Dismiss. (Dkt. 22.) On December 1, 2010, the parties filed a Stipulation and Order of Dismissal of Habeas Petition, indicating that the parties have reached a resolution to this matter and jointly agree and stipulate that this matter may be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii). (Dkt. 35.)

Having been noticed for dismissal by the parties, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation

REPORT AND RECOMMENDATION - 1

1 and dismiss this action pursuant to FRCP 41(a)(1)(A)(ii).  A proposed order accompanies this

2 Report and Recommendation.

3        DATED this 1st day of December, 2010.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

REPORT AND RECOMMENDATION - 2