**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SEMI OSMAN, | ) |
|                           Petitioner, | ) Case No. C10-623-MJP-BAT |
| v. | ) **ORDER OF DISMISSAL** |
| ERIC H. HOLDER, JR., Attorney General of the United States, et al., | ) |
|                          Respondents. | ) |

The Court, having reviewed the parties' Stipulation and Order of Dismissal of Habeas Petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. This action is DISMISSED without prejudice and without award of fees or costs to either party.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 1st day of December, 2010.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1